UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN MORGAN, | ) | 1:04-cv-05744-REC-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 13) |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| A.K. SCRIBNER, | ) | **DISMISS** (Doc. 11) |
| | ) | |
| Respondent. | ) | **ORDER DISMISSING PETITION** |
| | ) | **FOR WRIT OF HABEAS CORPUS** |
| | | **AS MOOT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On May 23, 2005, the Magistrate Judge filed Findings and Recommendations that Respondent's Motion to Dismiss be GRANTED, and the Petition for Writ of Habeas Corpus be DISMISSED as MOOT. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, the Court concludes that
4 the Magistrate Judge's Findings and Recommendations are supported
5 by the record and proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed May 23, 2005, are
8 ADOPTED IN FULL;
9    2.   Respondent's Motion to Dismiss, filed January 31, 2005,
10 is GRANTED; and,
11   3.   The Petition for Writ of Habeas Corpus is DISMISSED as
12 MOOT.
13   IT IS SO ORDERED.
14 **Dated:  July 14, 2005**                    /s/ Robert E. Coyle
   668554                                  UNITED STATES DISTRICT JUDGE